

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Carl E. Sanders
(Please print)

**STREET ADDRESS:** 206 Dogwood Street

**CITY/STATE/ZIP:** Park Forest, IL  60466-1823

**PHONE NUMBER:** (708) 747-1008

**CASE NUMBER:**
08CV1660
JUDGE GRADY
MAGISTRATE JUDGE COX

_____   3/21/08
Signature                   Date

FILED
MAR 21 2008  NF
Mar 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT