**FILED**
Mar 21, 2008
MAR 2 1 2008  NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)  )
Carl E. Sanders

V.

Defendant(s) US Dept of HUD; Alphonso Jackson, Veronica Colman; Kenneth M. Donohue

**08CV1660**
**JUDGE GRADY**
**MAGISTRATE JUDGE COX**

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Carl E. Sanders ,declare that I am the (check appropriate box)

   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]: Legal Assistance Foundation of Metropolitan Chicago (See attached letter dated January 22, 2008).

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____  206 Dogwood Street
Movant's Signature      Street Address

March 20, 2008          Park Forest, IL 60466-1823
Date                    City, State, ZIP

**LEGAL ASSISTANCE FOUNDATION OF METROPOLITAN CHICAGO**

111 West Jackson Boulevard
Suite 300
Chicago, Illinois 60604-3528
312.341.1070 Phone
312.341.1041 Fax
(866) 801-0505 TTY
User name: lafmcgo
www.lafchicago.org

(312) 347-8377

January 22, 2008

Mr. Carl E. Sanders
206 Dogwood Street
Park Forest, IL 60466

Dear Mr. Sanders,

    This letter follows upon my email earlier today. I met with you in my office earlier this month to discuss a potential claim against HUD or HUD employees for making false statements about your work performance in 2003, statements which interfered with your prospects for employment in your chosen occupation.
    The only statutory or common law claim which is not time barred is called "tortious interference with contractual relations", which carries a 5 year statute of limitations. You may have had a claim for defamation, but the statute of limitations for defamation claims is one year.
    Unfortunately, I have decided that I will not represent you in a tortious interference claim. Such claims are difficult to maintain, because the plaintiff must prove a malicious motive on the part of the defendant. Although you may believe that the potential defendant had a malicious motive, in my judgment it would be quite difficult to convince a court of such a motive.
    My agency has very limited resources in the employment area and generally only accepts cases for representation where we believe that a high probability of success exists. I do not believe that standard is met in your situation. I am sorry to be the bearer of bad news. I hope you will be able to find alternate representation. Please be aware that the 5 year statute of limitations expires later this year.

                                          Very truly yours,

                                          Timothy Huizenga
                                          Attorney at Law