

RECEIVED
MAR 2 1 2008
Mar 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ALR

FILED
APRIL 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**Plaintiff(s)**

Carl E. Sanders

V.

**Defendant(s)**

United States Department of Housing & Urban Development;
Alphonso Jackson, Secretary; Veronica Coleman, Director; Kenneth M. Donohue, Inspector General.

08CV1660
JUDGE GRADY
MAGISTRATE JUDGE COX

## Demand

The plaintiff demands a "trail by jury".

## Complaint

1. HUD (Veronica Coleman) violated my civil rights by tortuous interference with my right and ability to make a living in the subsidize housing industry. From 9/96 to 4/01, I held the position of Regional Manager/Managing Broker here in Chicago for a Michigan based company (PM One Limited). It was rumored and believed that HUD was looking for reasons to abate the contracts with PMOL and give them to the political connected Chicago based companies. Because of my tenure with PMOL, HUD (Veronica Coleman) illegally, maliciously, defamed my character and blackballed me from working in the subsidized housing industry, making me a target as well. Exhibit #1 is my certified letter dated August 30, 2005 to the Honorable Kenneth M. Donohue, HUD's Inspector General regarding Veronica Coleman's actions and soliciting his help to investigate and correct the situation.

2. In November in November 2003, Veronica Coleman stated in an open meeting to Mercy Housing Management that I had messed-up PM One limited (see page 2 of exhibit #1, chronologies 1, 2, and 3).

3. In May 2005, Veronica Colman prevented me from getting a job with American Apartment Management Co. (see pages 2 and 3 of exhibit #1, chronologies 7, 8, 9 and 10).
   a. These malicious comments and behavior fully resonated as I was being deposed in the pending case, EGLEWOOD TERRACE LIMITED PARTNERSHIP, a Michigan Limited Partnership, Plaintiff, v UNITED STATES OF AMERICA, and ALPHONSO JACKSON, Secretary of the Department of Housing and Urban Development, Defendants, No.03-2209C.
   b. The Judge in case No. 03-2209C (Ct. of Fed. Claims) found HUD employees not credible in their testimony. In layman's terms, they "lied perjured themselves under oath".
   c. This proves that Veronica Coleman (HUD) tortuously interfered and blackballed me from working in the subsidized industry for something that she/they did.

4  The IG refused to respond to my initial letter (exhibit #1) until I sent a second letter dated February 8, 2007, approximately eighteen (18) months later (see exhibit #2). He stated in a letter dated September 19, 2007 that he had no record of my complaint (exhibit#1). See enclosure #1, certified mail receipt.
5  Exhibit #3 is my request to the IG to reconsider because of the Judges' ruling in the referenced case.
6  Exhibit #4 is the reply to exhibit #3 which means that they don't care about their employees' perjury.

**Summary**

a) The defendant acted improperly and without privilege;
b) Purposely and with malice and with the intent to injure;
c) Induced a third party or parties not to continue a business/employment relationship with the plaintiff; and
d) The plaintiff suffered financial, mental and emotional injuries.

The plaintiff is suing for restitution of $750,000.00 in loss wages, benefits, excess credit to survive the defendant(s) actions. The plaintiff is also asking the Court to assess "Punitive Damages" against the defendant(s) since their actions were purposely and with malice and with the intent to injure.

Carl E. Sanders
206 Dogwood Street
Park Forest, IL 60466-1823
Voice: (708) 747-1008
Email: carlces@sbcglobal.net

Exhibit #1

# CARL E. SANDERS

206 Dogwood Street
Park Forest, IL 60466-1823
Voice: (708) 747-1008
Fax:   (708) 747-6522
Email: carlces@wroldnet.att.net

August 30, 2005

<u>Certified Mail 7004 2890 0003 7209 1129</u>
Honorable Kenneth M. Donohue, Inspector General
U. S. Department of Housing & Urban Development
451 7th Street, S. W.
Washington, DC 20410

Re:   **HUD (Veronica Coleman) Illegally and Maliciously Defaming my Character and Blackballing me in the Industry**

Dear Mr. Donohue:

It has recently come to my attention that HUD (Veronica Coleman) has and still is Illegally, Maliciously, Defaming, my Character and Blackballing me in the Industry. Ms. Coleman's behavior is illegal, malicious and a violation of my Civil Rights as a United State Citizen.

Her malicious comments and behavior fully resonated as I was being deposed in the pending case, EGLEWOOD TERRACE LIMITED PARTNERSHIP, a Michigan Limited Partnership, Plaintiff, v UNITED STATES OF AMERICA, and ALPHONSO JACKSON, Secretary of the Department of Housing and Urban Development, Defendants, No.03-2209C.

I am extremely angered and perplexed as to how HUD and its employees feel that they have the authority to flat out lie and maliciously defame my character. My perception regarding this is that Ms. Coleman feels that she has absolute power because she is working for HUD and no one can stop her.

The referenced case, No.03-2209C and the listed chorology of events will clearly demonstrate how I have been damaged by Ms. Coleman.

Page 1

The chronology of events is as follows:

1. In October 2003, I acquired a position with Mercy Housing, Inc. as Associated Director of Property Operations. The portfolio that Mercy acquired was transferred from IHDA to HUD due to the fact that the property was taken to M-T-M through with OMAR.
2. A meeting was convened with Mercy Housing, HUD and OMAR in November 2003 to detail HUD and OMAR requirements. Attending for MH were: Grace Buckley, President Acquisition/Development; Eddie Muniz, Director of Development; Carl E. Sanders, Associate Director of Property Operations. Attending for HUD were: Veronica Coleman and Debbie Gray. Attending for IHDA was a female whose name I do not recall and I have discarded her business card. Attending for OMAR was a male who handled M-T-M for OMAR whose name I also do not recall and I have discarded his business card as well.
3. During Mr. Muniz's presentation, he mentioned that MH had hired Carl E. Sanders to oversee the operations here in Chicago. At that point, Ms. Coleman responded by saying "we are well aware of Mr. Sanders' performance; we know how he messed-up P M One."
4. After the meeting, Ms. Buckley asked me what Ms. Coleman's comment was all about. She also stated that Ms. Coleman had talked to her a few days before the meeting and asked who would the overseeing Mercy's portfolio and when she replied that I would, Ms. Coleman stated that Mercy was making a bad choice.
5. My immediate supervisor (Robert Prettyman) e-mails me regarding how the meeting went and I replied to his e-mail. Therefore, this situation is documented.

6. Ms. Buckley's e-mail is: gbuckley@mercyhousing.org. Mr. Muniz e-mail is: emuniz@mercyhousing.org.
   Mercy Housing, Inc.
   1999 Broadway, Suite 1000
   Denver, Colorado 80202
   (303) 830-3300

7. On March 31, 2005, I interviewed with Dave Negal, VP, American Apartment Management Co., Inc., for the District Manager Position of the Midwest Region, Chicago and Milwaukee. On May 3, 2005, I had a second interview with Patty Ownby, President AAMCI and Dave Negal. I was offered the position and I accepted. We also agreed to a starting date and a time. Also, I agreed to return the next day to show Mr. Negal some property on the Westside that needed a receiver. Also Ms. Ownby stated that she would talk to HUD (Veronica Coleman) to see if it was my fault that HUD had rescinded the contract in the above referenced case. Ms. Ownby also stated that she had a very good relationship with Ms. Coleman.
8. On May 5, 2005, Mr. Negal rescinded the job offer by telephone.

Page 2

9. Mr. Negal stated rescinding the job offer was due to the way I answered the question as to whether I could run the property for several weeks without any staff if they walked-off the job. This is like asking "how many bubbles in a bar of soap or how far is it from here to there"?
10. I am certain that Ms. Ownby instructed Mr. Negal to rescind the offer after she had talked to Ms. Coleman and the bogus question was for the records and protect Ms. Coleman since she had aforementioned that she had a very good relationship with her. Ms. Ownby would probably tell the truth under oath.

Ms. Ownby and Mr. Negal can be contacted as listed.

> Patty Ownby, President
> American Apartment Management Co., Inc.
> 900 S. Gay Street, Suite 1504
> Knoxville, TN 37902
> (865) 525-7500

Mr. Donohue, I have not talked to anyone from MHI or AAMC. The referenced case **No. 03-2209C** proves that Ms. Coleman and Ms. Thomas (Project Manager) maliciously mess-up P M One... And Ms. Coleman /HUD should be liable for **slandering my name, defaming my character and blackballing me in the industry.**

Sincerely,

*[signature: Carl E. Sanders]*
Carl E. Sanders

Cc:   Legal file

Page 3

# CARL E. SANDERS

206 Dogwood Street
Park Forest, IL 60466-1823
Voice: (708) 747-1008
Email: carlces@sbcglobal.net

February 8, 2007

**Certified Mail 7006 0100 0006 3963 0656**
Honorable Kenneth M. Donohue, Inspector General
U. S. Department of Housing & Urban Development
451 7th Street, S. W.
Washington, DC 20410

Re:   Enclosed letter dated August 30, 2005

Dear Mr. Donohue:

The enclosed letter (complaint) was sent to you by certified mail on August 30, 2005 and to date, I have not yet heard from you.

As pointed out in the letter (complaint), I have been severely damaged by HUD (Veronica Coleman).

Once again, I am requesting that you investigate this matter and see that I get justice. Hopefully, you are not taking the same position Ms. Coleman seem to have taken: "HUD is very powerful and it is nothing you can do if we decide to violate your rights." Is this the reason you decided not to respond to my enclosed complaint?

It is expected that you will respond within the next 30 days.

Sincerely,

Carl E. Sanders

File

# CARL E. SANDERS

206 Dogwood Street
Park Forest, IL 60466-1823
Voice: (708) 747-1008
Email: carlces@sbcglobal.net

Exhibit # 3

March 7, 2008

**Certified Mail 7006 21500002 8436 9412**
Honorable Kenneth M. Donohue, Inspector General
U. S. Department of Housing & Urban Development
451 7th Street, S. W.
Washington, DC 20410

Re:   Case No. HL-07-2689

Dear Mr. Donohue:

I am responding to your letters to Representative Jessie L. Jackson Jr. dated August 20 and September 19, 2007 respectively regarding the subject case (HL-07-2689).

In the August letter, you stated that you would provide an interim response or a final reply by November 1, 2007. In your September letter, your final paragraph stated: "Finally, as stated in my August 20th letter, since he has not made allegations of fraud, waste or abuse affecting the programs and operations, of HUD, I have forwarded Mr. Sanders' request to the Office of Housing, and have asked it to review his allegations and provide to me a report of its findings. I will apprise you when I have received the Office of Housing's report, on or about November 1, 2007".

There seems to be no "report" from the Office of Housing as you promised in your September 2007 letter. However, there is a letter from Mark A. Studdert, General Deputy Assistant Secretary for Congressional and Intergovernmental Relations, which did not reflect any "investigation," only a vague and general statement from HUD about standard operating procedures. There were no information on what was investigated, who was investigated, when the investigation took place and what was found out to justify the essence of Mr. Studdert's letter. It is presumed that someone gave you a written report. This being the case, would you please share this report with us?

The Judge in case No. 03-2209C (Ct. of Fed. Claims) found HUD employees not credible in their testimony. In layman's terms, they "lied", not the types of people who can be presumed to be telling the truth in their communications with Mr. Studdert. There was no way for you to know this at the time. The decision in the Englewood case where

Page 2
March 7, 2008

Judge Horn made these comments was not made until November 30, 2007. This is at least a material new development that should justify a renewed and more careful/serious investigation of my claims.

I am profoundly mystified as to how a situation like mine – which appears to be standard operating procedure for HUD Chicago - can continue to receive this type of inattention. In light of what has taken place, it is requested that you reconsider your position on this matter.

Your prompt reply to this letter will be greatly appreciated!


Sincerely,


Carl E. Sanders

Cc:    Annette de Caussin                               Carrie A. Kagawa - By Email
        Director Constituent Services            Constituent Services Agent
        Congressman Jessie L. Jackson, Jr.    Senator Barack Obama
        17926 South Halstead Street               230 S. Dearborn, Suite 3900
        Homewood, IL 60430                       Chicago, IL 60604

        Drew Colbert - By Email
        Constituent Services Agent
        Senator Chris Dodd
        448 Russell Senate Office Building
        Washington, DC 20510

Exhibit # 



**OFFICE OF INSPECTOR GENERAL**
**U.S. Department of Housing and Urban Development**
**WASHINGTON, D.C. 20410-4500**

MAR 17 2008

Mr. Carl E. Sanders
206 Dogwood Street
Park Forest, IL 60466-1823

Dear Mr. Sanders:

We reviewed your March 8, 2008 letter and determined that your additional information does not warrant the reopening of Hotline Case No. HL-07-2689. However, we have referred your information to the HUD program office responsible for addressing your issue. If a response is necessary, that HUD office will contact you. The HUD office to which we referred your information is the Office of the Deputy Assistant Secretary for Housing Operations in Washington, DC. Should you wish to contact that office, it can be reached at 202-708-1104.

Sincerely,

Robert L. Ashworth
Director, Program Integrity
(Hotline) Division

GFI/41

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Kenneth M Donohue
Inspector General
U.S. Dept. of HUD
451 7th Street, S. W.
Washington, DC 20410

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [illegible] 
C. Date of Delivery 9-4-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7004 2890 0003 7209 1129

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

ENCLOSURE #1

---

Kenneth M. Donohue
US Dept. of HUD
Washington, DC 20410

08/30/05  4.42
Clerk: KRCX94
    1.75
    2.30
UNIT ID: 0456  0.37

WASHINGTON DC 20410

7004 2890 0003 7209 1129