UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| CARL E. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 CV 1660 |
| | ) | |
| v. | ) | Hon. Matthew F. Kennelly |
| | ) | |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ALPHONSO JACKSON, VERONICA COLMAN, AND KENNETH M. DONOHUE. | ) ) ) ) ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

      Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.  *See* LR 83.16(b).

      Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By: s/ Eric S. Pruitt
ERIC S. PRUITT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5496
Eric.Pruitt@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**ATTORNEY DESIGNATION**

were served on May 23, 2008 pursuant to the district court's ECF system and via U.S. Mail to:

Carl E. Sanders
206 Dogwood Street
Park Forest, Illinois 60466

                                        s/ Eric S. Pruitt
                                        ERIC S. PRUITT
                                        Assistant United States Attorney
                                        219 South Dearborn Street
                                        Chicago, Illinois 60604
                                        (312) 353-5496