UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL E. SANDERS, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, SECRETARY ALFONZO JACKSON, VERONICA COLEMAN and KENNETH R. DONOHUE, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) No. 08 C 1660 </br> ) </br> ) Judge Kennelly </br> ) </br> ) |

## NOTICE OF MOTION

To: *Pro se* plaintiff Carl E. Sanders

    Please take notice that, on **Tuesday, August 19, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, the United States shall appear before the Hon. Matthew Kennelly in Room 2103 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the attached **MOTION OF THE UNITED STATES AND THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND ALTERNATIVELY FOR SUMMARY JUDGMENT**, which is hereby served upon you.

                                            PATRICK J. FITZGERALD
                                            United States Attorney

                                          By: s/ Eric S. Pruitt
                                              ERIC S. PRUITT
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 353-5496
                                              eric.pruitt@usdoj.gov