UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Carl E Sanders
                              Plaintiff,

v.                                        Case No.: 1:08−cv−01660
                                                Honorable Matthew F. Kennelly

Veronica Coleman, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 8/19/2008 and continued to 9/10/2008 at 09:30 AM. Response to motion to dismiss due 8/19/2008; reply due by 8/26/2008. Ruling set for 9/10/2008 at 9:30 AM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.