U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carl E. Sanders | 08C1660 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| US Dept. of HUD, et al. | S/C |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Veronica Coleman, MULTIFAMILY DIRECTOR

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 77 W. JACKSON BLVD, 26TH FLOOR, CHICAGO, IL 60604

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Carl E. Sanders
206 Dogwood Street
Park Forest, Il 60466

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                          Fold

**FILED**

J.N

SEP X 2 2008
Sep X2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | XX PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *(signature)* | | | 05-02-08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process **3** of 6 | District of Origin No. **24** | District to Serve No. **24** | Signature of Authorized USMS Deputy or Clerk  **Td** | Date 05-02-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service 8/25/08  Time 11:15  ☒ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy *(signature)* |

| Service Fee 48 00 | Total Mileage Charges (including endeavors) | Forwarding Fee 0 | Total Charges 4800 | Advance Deposits 0 | Amount owed to U.S. Marshal or 48.00 | Amount of Refund 0 |
|---|---|---|---|---|---|---|

REMARKS: Successfully Served upon Dolores Figueroa, Regional Counsel.

1 DUSM  1 Hour

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|